This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**STATE OF NEW MEXICO,**
**Plaintiff-Appellee,**
**v.**
**KARI HOIHJELLE,**
**Defendant-Appellant.**

Docket No. A-1-CA-37603
COURT OF APPEALS OF NEW MEXICO
March 18, 2019

APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY, Brett Loveless, District Judge

**COUNSEL**

Hector H. Balderas, Attorney General, Santa Fe, NM, M. Anne Kelly, Assistant Attorney General, Albuquerque, NM, for Appellee.

Bennett J. Baur, Chief Public Defender, John Bennett, Assistant Appellate Defender, Santa Fe, NM, for Appellant.

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR:  JENNIFER L. ATTREP, Judge, KRISTINA BOGARDUS, Judge

**AUTHOR:** LINDA M. VANZI.

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Defendant Kari Hoihjelle appeals her convictions in this case. This Court's notice of proposed summary disposition proposed to affirm, in part, and reverse, in part, the judgment of the district court. [CN 3] Defendant has filed no response. The State has filed a notice that it does not intend to file a memorandum in opposition to this Court's proposed disposition. We therefore reverse Defendant's conviction of violating NMSA

1978, Section 66-3-804 (1981, amended 2018), and otherwise affirm the judgment and sentence entered below.

{2

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**